E-FILED
Monday, 04 August, 2014 02:36:22 PM
Clerk, U.S. District Court, ILCD



# UNITED STATES DISTRICT COURT

for the
Central District of Illinois

FILED
AUG 04 2014
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**Pamela S. Schau**
Plaintiff

vs.

Case Number: **11-1262**

**The Board of Education of Peoria Public School District No. 150**
Defendant

**JUDGMENT IN A CIVIL CASE**

**JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** that the jury found in favor of Pamela Schau and against the Board of Education of Peoria Public School District No. 150 and assessed damages in the amount of $34,741.32.

**Dated:** 8/4/14

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court