UNITED STATES DISTRICT COURT
for the
Central District of Illinois

FILED
SEP 16 2014
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**Pamela S. Schau**
Plaintiff

vs.                                                Case Number:  11-1262

**The Board of Education of Peoria Public School District No. 150**
Defendant

## AMENDED JUDGMENT IN A CIVIL CASE

**JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** that on 7/30/14, the jury found in favor of Pamela Schau and against the Board of Education of Peoria Public School District No. 150 and assessed damages in the amount of $34,741.32. It is further ordered that on 9/15/14, costs are taxed in the amount of $435.70 in favor of Plaintiff and against Defendant, and attorney fees and expenses are awarded in the amount of $40,824.20.

Dated:  9/16/14

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court